UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BOWEN DEWEY SOULIER                          CIVIL ACTION

VERSUS                                       NUMBER: 05-2647

RANDY PINION                                 SECTION: "B"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** for failure to prosecute.

New Orleans, Louisiana, this <u>19th</u> day of <u>May</u>, 2006.

UNITED STATES DISTRICT JUDGE